Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELEANOR SUE DUMBAUGH, <br><br> Plaintiff, <br><br> vs. <br><br> MARK KASSON, KITSAP RECOVERY CENTER and KITSAP COUNTY, <br><br> Defendants. | NO. C08-5469 RBL <br><br> ORDER DENYING MOTION TO AMEND COMPLAINT <br><br> NOTED on February 27, 2009 |

This matter having come before the Honorable Ronald B. Leighton on Plaintiffs' Motion to Amend Complaint to Add State Claims, the Court having considered the said motion with argument, the Declaration of Clayton Longacre, the responses by Kitsap County and Mark Kasson, the Declaration of Opal Robertson, and the Declaration of Deborah A. Boe and the Court having considered the records and files herein and being fully advised, it is hereby

**ORDER DENYING MOTION TO AMEND - 1**

**CAUSE NO. C08-5469 RBL**

**KOPTA & MACPHERSON**
365 Ericksen Ave, Suite 323
Bainbridge Island, WA 98110
(206) 780-4050 / (206) 780-3868 Fax

**ORDERED** that Plaintiffs' Motion to Amend Complaint to Add State Claims (Dkt. No. 12) is **DENIED** and the Amended Complaint (Dkt. No. 13) is **STRICKEN**.

Dated this 4th day of March, 2009

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

KOPTA & MACPHERSON

/s/
James E. Macpherson, WSBA #8952
365 Ericksen Ave, Suite 323
Bainbridge Island, WA 98110
(206) 780-4050
(206) 780-3868 FAX
Jim@KoptaMacpherson.com

**ORDER DENYING MOTION TO AMEND - 2**

**CAUSE NO. C08-5469 RBL**

**KOPTA & MACPHERSON**
**365 Ericksen Ave, Suite 323**
**Bainbridge Island, WA 98110**
**(206) 780-4050 / (206) 780-3868 Fax**